# United States Court of Appeals
## For the First Circuit

---

No. 06-1558

UNITED STATES OF AMERICA,

Appellee,

v.

MANUEL A. VEGA-SANTIAGO,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on February 21, 2008, is amended as follows:

On page 14, lines 16-17: replace "No. 07-1824 (1st Cir. XXXX) (Torruella, J. dissenting)." with "No. 07-1824, 2008 WL 541642 (1st Cir. Feb. 29, 2008) (Torruella, J., dissenting)."